IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE:

MILLER, WALTER CONRAD, JR.

Case # 10-42285-7

Debtor(s).

**TRUSTEE'S MOTION TO EMPLOY ATTORNEY**

**COMES NOW** the duly qualified and acting Trustee, Darcy D. Williamson, and moves the Court for an Order appointing and employing Darcy D. Williamson as attorney for the Trustee in the above-captioned matter. In support of this request, the Trustee alleges and states that:

1. It is in the best interest of the estate to employ Darcy D. Williamson as Counsel for the Trustee at the rate of $220.00 per hour plus reasonable and necessary expenses pursuant to 11 U.S.C. §327 for the purposes of completing necessary general legal work relative to this estate. Legal work performed by an Associate will be billed at the rate of $200.00 per hour. Any necessary and reasonable paraprofessional work will be billed at the rate of $50.00 per hour.

WHEREFORE, the Trustee prays the Court for an Order Employing Attorney as stated above in accordance with this Motion and further prays for all other proper relief.

s/ Darcy D. Williamson
DARCY D. WILLIAMSON, Trustee
Attorney # 11337
510 SW 10th Avenue
Topeka KS 66612
(785) 233-9908
trustee@ddwlaw.kscoxmail.com

**CERTIFICATE OF SERVICE**

      The undersigned does hereby certify that a true and correct copy of the foregoing **TRUSTEE'S MOTION TO EMPLOY ATTORNEY** was filed electronically on March 21, 2012, with the United States Bankruptcy Court for the District of Kansas, and shall be served on parties in interest via e-mail by the Court pursuant to CM/ECF as set out on the Notice of Electronic Filing as issued by the Court and shall be served by U.S. Mail, First Class, postage prepaid, on those parties listed below, and on those parties directed by the Court on the Notice of Electronic Filing issued by the Court and as required by the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court for the District of Kansas.

Walter Conrad Miller, Jr.
15213 Iron Horse Circle
Leawood, KS 66224

                                                s/ Darcy D. Williamson
                                                DARCY D. WILLIAMSON, Trustee
                                                Attorney # 11337
                                                510 SW 10th Avenue
                                                Topeka KS 66612
                                                (785) 233-9908
                                                trustee@ddwlaw.kscoxmail.com