IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE:

MILLER, WALTER CONRAD, JR.   Case # 10-42285-7

Debtor(s).

### AFFIDAVIT OF PROPOSED ATTORNEY

STATE OF KANSAS
       SS:
COUNTY OF SHAWNEE

**BEFORE ME**, the undersigned notary public, personally came and appeared Darcy D. Williamson, who after being duly sworn, did depose and state:

That she is an attorney duly admitted to practice in the State of Kansas and before the United States District Court for the District of Kansas; that she maintains a practice of law at 510 SW 10th Ave., Topeka, Kansas, 66612; that her Social Security Number is XXX-XX-8159; that she has no connection with the above named debtor or its creditors in this estate other than the interest disclosed in the Trustee's Motion to Employ; that she is not related to or employed by the U.S. Trustee or any person employed therein and that she has no connection with the U.S. Trustee other than serving as a Chapter 7 panel trustee; that she represents no adverse interest to the debtor or debtor's estate; and that she understands there is a continuing duty to disclose any such adverse interest. Affiant further discloses she is the Trustee in this case.

The social security number or tax identification number is not published in this Affidavit.

**FURTHER AFFIANT SAYETH NAUGHT.**

               _/s/ Darcy D. Williamson_
               DARCY D. WILLIAMSON
               Attorney # Sup. Ct. #11337
               510 SW 10th Avenue
               Topeka, KS 66612
               (785) 233-9908

**SUBSCRIBED AND SWORN TO** before me this 21 day of March, 2012.

My Appointment Expires: 12-22-12

_/s/ Shawn Jurgensen_
NOTARY PUBLIC