**SO ORDERED.**

**SIGNED this 19th day of December, 2013.**



_____
Janice Miller Karlin
United States Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| In re: ) | |
| ) | |
| MILLER, WALTER CONRAD, JR. ) | Case No. 10-42285-7 JMK |
| ) | |
| Debtor. ) | |

### ORDER AUTHORIZING DISTRIBUTION

The Trustee of the above-captioned case has affirmed and the Court finds that appropriate notice was given to all creditors of the proposed distribution of the estate, that the objection deadline has passed, and that no objections have been filed by a party in interest.

IT IS THEREFORE ORDERED, that the Trustee is authorized to pay the fees and expenses requested in the Notice of Intended Distribution.

IT IS FURTHER ORDERED that any unclaimed funds be paid into the Clerk of the Bankruptcy Court pursuant to 11 U.S.C. §347(a) and Bankruptcy Rule 3011.

SUBMITTED BY:

s/ DARCY D WILLIAMSON
DARCY D WILLIAMSON, KS #11337
510 SW 10th Avenue
Topeka, KS 66612
(785) 233-9908
(785) 233-2613 Fax

Chapter 7 Trustee

## DISTRIBUTION SUMMARY

| | | | | |
|---|---|---|---|---|
| Total Receipts by Trustee: | | | $ | 14,000.00 |
| Total Disbursements to date: | | | $ | 500.84 |
| Funds currently on hand: | | | $ | 13,499.16 |
| | | | | |
| Total Trustee Fees: | $ | 2,150.00 | | |
| Less Amount Paid: | $ | 0.00 | | |
| Balance Due: | $ | 2,150.00 | | |
| | | | | |
| Total Trustee Expenses: | $ | 246.09 | | |
| Less Amount Paid: | $ | 0.00 | | |
| Balance Due: | $ | 246.09 | | |
| | | | | |
| Total Trustee's Firm Legal Fees: | $ | 1,656.00 | | |
| Less Amount Paid: | $ | 0.00 | | |
| Balance Due: | $ | 1,656.00 | | |
| | | | | |
| Total Trustee's Accountant Fees: | $ | 340.00 | | |
| Less Amount Paid: | $ | 0.00 | | |
| Balance Due: | $ | 340.00 | | |
| | | | | |
| Balance of Administrative Expenses Due: | | | $ | 4,392.09 |
| | | | | |
| Funds Available for Distribution: | | | $ | 9,107.07 |

### SECURED CLAIMS:

| Claim Number and Claimant | Allowed Claim | Prior Disbursement | Proposed Payment |
|---|---|---|---|
| 3S Internal Revenue Service | 13,578.01 | 0.00 | 0.00 |
| | 13,578.01 | 0.00 | 0.00 |

### PRIORITY CLAIMS:

| Claim Number and Claimant | Allowed Claim | Prior Disbursement | Proposed Payment |
|---|---|---|---|
| 1P Kansas Dept of Revenue | 970.29 | 0.00 | 293.69 |
| 2P Kansas Dept of Revenue | 5,923.29 | 0.00 | 1,792.88 |
| 3P Internal Revenue Service | 23,194.20 | 0.00 | 7,020.50 |
| | 30,087.78 | 0.00 | 9,107.07 |

### UNSECURED CLAIMS (Timely Filed):

| Claim Number and Claimant | Allowed Claim | Prior Disbursement | Proposed Payment |
|---|---|---|---|
| 1U Kansas Dept of Revenue | 2,360.34 | 0.00 | 0.00 |
| 4 CRP Holdings DD, LLC. | 49,264.80 | 0.00 | 0.00 |
| 5 Capital One Bank USA NA | 1,618.87 | 0.00 | 0.00 |
| 6 First Colorado National Bank | 11,089.11 | 0.00 | 0.00 |

|  | 64,333.12 | 0.00 | 0.00 |

UNSECURED CLAIMS (Subordinated, Fines, Penalties & Interest):

| Claim Number and Claimant | Allowed Claim | Prior Disbursement | Proposed Payment |
|---|---|---|---|
| 1PN Kansas Dept of Revenue | 590.85 | 0.00 | 0.00 |
| 2PN Kansas Dept of Revenue | 1,898.93 | 0.00 | 0.00 |
| 3PN Internal Revenue Service (Notices) | 1,857.10 | 0.00 | 0.00 |
|  | 4,346.88 | 0.00 | 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DIVISION

In re: )
)
MILLER, WALTER CONRAD, JR. ) Case No. 10-42285-7 JMK
)
Debtor. )

AFFIDAVIT

STATE OF KANSAS )
) SS:
COUNTY OF SHAWNEE )

The undersigned, being first duly sworn, states:

1. That she is the Trustee in the above-captioned case.

2. That on 10/28/13 she sent out a Notice of Filing of Final Report by Trustee and Intended Distribution of Estate Funds Notice of Deadline for Filing Objections.

3. That per the Court docket, there were no objections to the Notice of Filing of Final Report.

FURTHER AFFIANT SAITH NAUGHT.

_____
DARCY D. WILLIAMSON, Trustee
Attorney #11337
510 SW 10th Avenue
Topeka KS 66612
(785) 233-9908
trustee@ddwlaw.kscoxmail.com

**SUBSCRIBED AND SWORN TO** before me this ___19___ day of __December__, 2013.

_____
NOTARY PUBLIC

My Appointment Expires:

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-42285-7 JMK
Case Name: MILLER, WALTER CONRAD, JR.
Trustee Name: DARCY D WILLIAMSON
**Balance on hand:** $ 13,499.16

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 13,499.16

Application for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - DARCY D WILLIAMSON | 2,150.00 | 0.00 | 2,150.00 |
| Trustee, Expenses - DARCY D WILLIAMSON | 246.09 | 0.00 | 246.09 |
| Trustee's Firm Legal, Fees - Williamson Law Office | 1,656.00 | 0.00 | 1,656.00 |
| Trustee's Accountant, Fees - CBIZ Accounting, Tax & Advisory Services of Topeka, LLC | 340.00 | 0.00 | 340.00 |
| Other Taxes, - Kansas Income Tax | 141.00 | 141.00 | 0.00 |

Total to be paid for chapter 7 administration expenses: $ 4,392.09
Remaining balance: $ 9,107.07

Application for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administration expenses: $ 0.00
Remaining balance: $ 9,107.07

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $30,087.78 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2P | Kansas Dept of Revenue | 5,923.29 | 0.00 | 1,792.88 |
| 1P | Kansas Dept of Revenue | 970.29 | 0.00 | 293.69 |

UST Form 101-7-TFR (05/1/2011)

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3P | Internal Revenue Service | 23,194.20 | 0.00 | 7,020.50 |

                    Total to be paid for priority claims: $ 9,107.07
                    Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $64,333.12 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1U | Kansas Dept of Revenue | 2,360.34 | 0.00 | 0.00 |
| 4 | CRP Holdings DD, LLC. | 49,264.80 | 0.00 | 0.00 |
| 5 | Capital One Bank USA NA | 1,618.87 | 0.00 | 0.00 |
| 6 | First Colorado National Bank | 11,089.11 | 0.00 | 0.00 |
| None | | | | |

                    Total to be paid for timely general unsecured claims: $ 0.00
                    Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claims dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

                    Total to be paid for tardy general unsecured claims: $ 0.00
                    Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $4,346.88 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1PN | Kansas Dept of Revenue | 590.85 | 0.00 | 0.00 |
| 2PN | Kansas Dept of Revenue | 1,898.93 | 0.00 | 0.00 |
| 3PN | Internal Revenue Service (Notices) | 1,857.10 | 0.00 | 0.00 |
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

UST Form 101-7-TFR (05/1/2011)